IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02918-WYD-MEH

CECILIA CARRERAS;
ROBSON CARVALHO;
MARISOL PANIAGUA;
ESTEBAN SERRATO,

      Plaintiffs,

v.

DONALD J. LEMON,

      Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      The Motion for Default Judgment [8], filed January 26, 2010, is **STRICKEN** with leave to refile.  The motion is premature as the Clerk of the Court has not entered a default of the Defendant pursuant to Fed. R. Civ. P. 55(a).  (*See* docket #7).

      Dated:  January 27, 2010.